1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ROLAND ADAMS,                                1:05-CV-01203-REC-WMW-P

12
                 Plaintiff,
13
            vs.
14
     COUNTY OF SAN BERNARDINO,
15   et al.,

16             Defendants.                        ORDER TRANSFERRING CASE
                                          /
17

18          Plaintiff, a prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C.

19   § 1983, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

20          The federal venue statute requires that a civil action, other than one based on diversity

21   jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants

22   reside in the same state, (2) a judicial district in which a substantial part of the events or omissions

23   giving rise to the claim occurred, or a substantial part of the property that is the subject of the action

24   is situated, or (3) a judicial district in which any defendant may be found, if there is no district in

25   which the action may otherwise be brought." 28 U.S.C. § 1391(b).

26          In this case, none of the defendants reside in this district. The claim arose in San

27   Bernardino County, which iis in the Central District of California.  Therefore, plaintiff's claim

28   should have been filed in the United States District Court for the Central District of California.  In

                                                  1

the interest of justice, a federal court may transfer a complaint filed in the wrong district to the correct district.  See 28 U.S.C. § 1406(a);  Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Central District of California.

IT IS SO ORDERED.

**Dated:    October 24, 2005**                        ____/s/  **William M. Wunderlich**____
j14hj0                                                            UNITED STATES MAGISTRATE JUDGE